No. 16-2349

UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

GUY SANCHEZ, KATHERINE FIGUEROA

Plaintiffs-Appellants

v.

VICTOR FIGUEROA LOPEZ, et al

Defendants-Appellees.

STATUS REPORT

**COME NOW** Defendants-Appellees, Víctor Figueroa-López, Pablo J. Claudio-Pagán and Gilberto Casillas-Esquilín, through the undersigned counsel and respectfully state and pray as follows:

1. On February 13, 2018, the Honorable Court issued an order staying the present appeal pending further proceedings in the Commonwealth of Puerto Rico's Title III case for the protective lifting of the automatic stay. The Court further ordered all the parties to file status reports with the court at 90-day intervals.

2. On January 18, 2022, the Title III Court entered an "Order and Judgment Confirming the Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, the Employees Retirement System of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority" (Docket # 19813), and the "Findings of Fact and Conclusions of Law in Connection with Confirmation of the Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, the Employees Retirement System of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings

Authority" (Docket # 19812). Presently, the Effective Date of the Confirmed Plan is March 15, 2022. Various parties have filed notices of appeal before the Title III Court from these orders.

3. On April 20, 2022, the plaintiffs in two cases before the United States District Court for the District of Puerto Rico[1] filed a "Motion Requesting Order or in the Alternative to Lift Stay" (Dkt. # 20576) before the Title III court (Case 17-13283-LTS). In this motion, they requested the Title III court to enter an order allowing the cases to proceed to trial in the district court, or, in the alternative, to enter an order lifting the stay.

4. On May 18, 2022, the Financial Oversight and Management Board (FOMB), as representative of the Commonwealth of Puerto Rico before the Title III court, filed an "Objection of the Commonwealth of Puerto Rico to Motion Requesting Order or in the Alternative to Lift Stay" (Dkt. # 20865). In this motion, the FOMB opposed the plaintiffs' requests, arguing, *inter alia*, that the discharge injunction applied to their related claims against Commonwealth officials in their personal capacity. The FOMB asked the Title III court to enter an order confirming the discharge injunction pursuant to Section 92.3 of the Confirmed Plan and decretal paragraph 59 of the Confirmation Order to stay litigation in both cases, including the claims presented against the Commonwealth officials in their personal capacity.

5. The matter is pending.

**WHEREFORE** the appearing Appellees respectfully request the Honorable Court take notice of the foregoing.

Respectfully submitted.

In San Juan, Puerto Rico, this 30th day of September, 2024.

---

[1] The cases before the district court are Washington-del Valle, et al v. Rivera-Schatz, et al, No. 17-1770 (WGY) and García-Perales, et al v. Rivera-Schatz, et al, No. 18-1081 (WGY). In both cases, the plaintiffs alleged claims against various Commonwealth officials in their official and personal capacities, as explained by the FOMB in its objection.

**WE HEREBY CERTIFY:** that we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to attorneys of record to their respective e-mail addresses of record.

**FERNANDO FIGUEROA-SANTIAGO**
Solicitor General of Puerto Rico


*s/Francisco J. González-Magaz*
FRANCISCO J. GONZÁLEZ-MAGAZ
US No. 111101

1519 PONCE DE LEON
FIRST FEDERAL SUITE 805
SAN JUAN, P.R. 00909
Tel. (787) 504-5880
gonzalezmagaz@gmail.com